IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

EMMA LEE CARNEGIE                                                                            PLAINTIFF

V.                                                                      CASE NO.: 3:20-CV-134- HTW-LGI

KILOLO KIJAKAZI,                                                                            DEFENDANT
Acting Commissioner of Social Security

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Isaac [doc. no. 17].   No objection or response to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the United States Magistrate Judge [doc. no. 17] is hereby adopted as the order of this court. Plaintiff's Complaint [doc. no. 1] is hereby DISMISSED WITH PREJUDICE, with Plaintiff to bear the costs of litigation. The Administrative Law Judge's decision of February 19, 2019, is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of July, 2022.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE